UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12CV771-FDW
(3:05CR37-FDW-DCK-1)

| | |
|---|---|
| RAFAEL CARDELL SANDERS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

UPON MOTION of the United States, (Doc. No. 11), to hold this action in abeyance pending resolution of the appeal in United States v. Valdovinos, No. 13-4768,

IT IS HEREBY ORDERED that the Motion to Stay, (Doc. No. 11), is **GRANTED**. The United States shall, within 45 days of the Fourth Circuit's resolution of the appeal in United States v. Valdovinos, No. 13-4768, file its response to Petitioner's motion to reconsider.

Signed: April 24, 2014

Frank D. Whitney
Chief United States District Judge